IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAXAIR, INC., and<br>PRAXAIR TECHNOLOGY, INC.,<br><br>      Plaintiffs and<br>      Counterclaim-Defendants,<br><br>  v.<br><br>ATMI, INC., and<br>ADVANCED TECHNOLOGY<br>MATERIALS, INC.<br><br>      Defendants and<br>      Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 03-1158-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Expert Report of Albert V. Karvelis Ph.D., P.E. and Expert Report of Dr. Christopher A. Vellturo were caused to be served on May 2, 2005 upon the following in the manner indicated:

BY FEDERAL EXPRESS

Robert H. Richards
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

BY HAND

Nicholas Coch
Morgan & Finnegan
345 Park Avenue
New York, NY  10154

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/  Jack B. Blumenfeld
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
          Attorneys for Plaintiffs Praxair, Inc. and Praxair
          Technology, Inc.

Of Counsel:

Herbert F. Schwartz
Christopher J. Harnett
Avinash S. Lele
Pablo D. Hendler
Steven Pepe
FISH & NEAVE
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

Steven T. Trinker
PRAXAIR, INC.
39 Old Ridgebury Road
Danbury, Connecticut 06810-5113

May 3, 2005